1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:22-cr-00009-LRH-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |
| v. | |
| MARTIN WILLIAMS | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for MARTIN WILLIAMS, United States Attorney Jason M. Frierson, and Assistant United States Attorney PENELOPE BRADY, counsel for the United States of America, that the that the Sentencing hearing set for February 7, 2023, at 11:00 AM, be vacated and continued to March 14, 2023, at 10:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1.     This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Williams.

2.     The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3.     Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4.     Mr. Williams is detained and agrees to the continuance. Specifically, Mr. Williams was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5.     This is the first request for continuance of the sentencing hearing.

DATED this 27th day of December, 2022.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney


    */s/ Kate Berry*                             */s/ Penelope Brady*
By:_____          By:_____
 KATE BERRY                                   PENELOPE BRADY
 Assistant Federal Public Defender            Assistant United States Attorney
 Counsel for Martin Williams                  Counsel for United States

2

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for February 7, 2023, at 11:00 a.m., be vacated and continued to **March 9, 2023, at 1:30 p.m.** before Judge Larry R. Hicks in Reno Courtroom 3.

**IT IS SO ORDERED.**

DATED this 29th day of December, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE